1  David J. Kaminski (SBN 128509)
   Kaminskid@cmtlaw.com
2  J. Grace Felipe (SBN 190893)
   Felipeg@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   PINNACLE FINANCIAL GROUP, LLC
7  a/k/a NATIONAL ASSET RECOVERY SERVICES

8                       UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

11 | ALEISHA ARROYO,                          ) CASE NO.
                                              )
12 |          Plaintiff,                      )
                                              )
13 |   vs.                                    ) DEFENDANT PINNACLE FINANCIAL
                                              ) GROUP, LLC a/k/a NATIONAL ASSET
14 | PINNACLE FINANCIAL GROUP, LLC,           ) RECOVERY SERVICES
     a/k/a NATIONAL ASSET RECOVERY            ) CERTIFICATION AND NOTICE OF
15 | SERVICES,                                ) INTERESTED PARTIES
                                              )
16 |          Defendant.                      )
                                              )
17 |_____ )

18 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20 associations of persons, firms, partnerships, corporations (including parent corporations) or other

21 entities (i) have a financial interest in the subject matter in controversy or in a party to the

22 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23 substantially affected by the outcome of this proceeding:

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                                    1
07440.00/192927                                                CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1  There are no known interested parties other than Plaintiff and Defendant participating in
2  this case.

5  DATED: March 25, 2013                CARLSON & MESSER LLP

7                                       By  /s/ J. Grace Felipe
                                            Jeanne L. Zimmer
8                                           J. Grace Felipe
                                            Attorneys for Defendant,
9                                           PINNACLE FINANCIAL GROUP, LLC
                                            a/k/a NATIONAL ASSET RECOVERY
10                                          SERVICES